United States Bankruptcy Court
Eastern District of Michigan

In re: Michael Orta & Autumn Anderson                Case No. 13-59870
                                                     Judge: McIvor
                    Debtor.
_____/

Debtor's Chapter 13 Confirmation Hearing Certificate
[To be completed fully]

At the next confirmation hearing in this case, the debtor intends to: [Check ONE of the following]

1. ___ Request confirmation of the debtor's plan, because all timely objections of creditors and the trustee have been resolved. I have emailed to the trustee a proposed order confirming the plan, as required in paragraph 2 of the Chapter 13 Case Management Order.

2. _X_ Request confirmation of the debtor's plan, even though all timely objections have not been resolved. I have emailed to the trustee a proposed order confirming the plan, as required in paragraph 2 of the Chapter 13 Case Management Order. The parties are at an impasse in attempting to resolve these objections despite all reasonable efforts. The following are: (a) the parties whose timely objections have not been resolved; (b) their unresolved objections; and (c) the legal and factual issues that must be resolved by the Court in connection with confirmation:

Trustee: Debtor wife's cheerleading income is not listed on Schedule I, step increase upon completion of child support, underfunding, and husband's income is also understated.

Issues: Schedules of Income and Expenses have been filed with corrections.

Creditor # 1: Flagstar Bank
Objections: Plan treatment understates arrears and ongoing payment
Issues: Debtor will try to resolve with language in the order confirming plan

Creditor # 2:
Objections:
Issues:

3. ___ Request an adjournment of the confirmation hearing to ____next available date___, due to the following good cause:

4. ___ Dismiss the case. [The Court will construe this as a motion by the debtor to dismiss the case under Fed.R.Bankr.P. 1017(f)(2), and the Court will enter an order of

dismissal and the case will be removed from the docket, unless the case was previously converted from Chapter 7, 11, or 12 to Chapter 13. In that event, a separate motion to dismiss must be filed within 10 days.]

5. ___ Convert the case to chapter 7. [The debtor must promptly file a separate notice of conversion under Fed.R.Bankr.P. 1017(f)(3), and pay the filing fee for such notice. Such notice of conversion will cause the case to be converted without the entry of an order of conversion.]

/s/ Jesse Sweeney

Jesse Sweeney (P60941)

30555 Southfield Rd. Suite 400

Southfield, MI 48076

Ph; 586-909-8017

Sweenylaw2005@yahoo.com