UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:					Chapter 13
Michael Orta & Autumn Anderson		Hon: McIvor
					Case No: 13-59870

_____/

### AFFIDAVIT OF SUPPORT

I, Michael Orta am current in my Domestic Support Obligation.

*[signature]*
Michael Orta

Subscribed and sworn before me
This 21 day of January 2014.

*[signature]*

TAMMY L. MELCHER
NOTARY PUBLIC, STATE OF MI
COUNTY OF WASHTENAW
MY COMMISSION EXPIRES Jul 13, 2014
ACTING IN COUNTY OF WASHTENAW