UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

IN RE:  
Michael Orta & Autumn Anderson

Debtor,
_____/

CHAPTER 13  
CASE NO. 13-59870  
JUDGE McIvor

## ORDER CONFIRMING PLAN

The Debtor's Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 U.S.C. §1325(a) are met.

Therefore, IT IS HEREBY ORDERED that the Debtor's Chapter 13 plan, as last modified, if at all, is confirmed.

IT IS FURTHER ORDERED that the claim of attorney for the Debtor, for the allowance of compensation and reimbursement of expenses is allowed in the total amount of $____Fee App_____ in fees and $_____Fee App_____ in expenses, and that the portion of such claim which has not already been paid, to-wit: $ _____Fee App_____ shall be paid by the Trustee as an administrative expense of this case at a rate of $1750 in the first disbursement and $400 every disbursement thereafter until paid in full.

IT IS FURTHER ORDERED that the Debtor shall maintain all policies of insurance on all property of the Debtor and this estate as required by law and contract.

All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 U.S.C. §502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

IT IS FURTHER ORDERED as follows: [*Only provisions checked below apply*]

✓ The Debtor's Plan payments shall be increased to $1968.00 per month effective Jan 22, 2014 and then to $2360.00 per month effective May 1, 2016.

| APPROVED: | OBJECTIONS WITHDRAWN: | APPROVED: |
|---|---|---|
| /s/ David Wm. Ruskin | /s/ Melissa Byrd | /s/ Jesse R. Sweeney |
| DAVID WM. RUSKIN (P26803) | CREDITOR: Flagstar Bank, FSB | Jesse Sweeney (P60041) |
| CHAPTER 13 TRUSTEE | Melissa Byrd (P66314) | ATTORNEY FOR DEBTOR |
| | Trott & Trott | Sweeney Law Offices PLLC |

**Signed on February 08, 2014**

/s/ Marci B. McIvor  
Marci B. McIvor  
United States Bankruptcy Judge