UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re: Michael J. Orta & Autumn A. Anderson     Case No. 13-59870
Chapter 13
Hon. McIvor

Debtor(s),

ORDER APPROVING FIRST PRE-CONFIRMATION FEE APPLICATION

      Upon the reading and filing of Attorney for Debtor, SWEENEY LAW OFFICES, P.L.L.C. Application for Approval of payment of Pre-Confirmation Attorney Fees, which was presented to this Court pursuant to L.B.R. 9014-1, and no objections having been filed to the said Petition, and a Certificate of No Response having been filed with this Court;

    IT IS HEREBY ORDERED:

| | | |
|---|---|---|
| 1. | PRIOR AWARD FOR FEES: | $ 00.00 |
| | PRIOR AWARD FOR COSTS | $ 00.00 |
| | TOTAL AWARD TO DATE | $ 00.00 |
| | THIS AWARD FOR FEES: | **$ 4,414.50** |
| | THIS AWARD FOR COSTS | $ 00.00 |
| | TOTAL THIS AWARD: | $4,414.50 |
| | GRAND TOTAL FEES AND COSTS: | **$4,414.50** |
| | LESS AMOUNT PAID DIRECTLY BY DEBTOR | $ 00.00 |
| | LESS AMOUNT PREVIOUSLY PAID BY TRUSTEE FROM CH. 13 PLAN | $4,414.50 |
| | CURRENT BALANCE TO BE PAID BY TRUSTEE | $4,414.50 |

    2. This award covers services rendered and expenses incurred from 10.29.2013 to 2.20.2014.

Signed on March 28, 2014

                                /s/ Marci B. McIvor
                                Marci B. McIvor
                                United States Bankruptcy Judge