



13-59870-mbm    Doc 54-1    Filed 06/20/14    Entered 06/20/14 10:25:29    Page 1 of 1

http://66.194.155.139/13netv3/QueryFrame.aspx                                                              6/20/2014