UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re: Michael Orta &          Case No. 13-59870
Autumn Anderson            Judge: McIvor
                                    Chapter 13
_____/

## STIPULATION FOR ENTRY OF ORDER

Now come the Debtors Michael Orta and Autumn Anderson by and through her attorney, Jesse R. Sweeney, and the Chapter 13 Trustee David Wm. Ruskin and do hereby stipulate to the entry of the Order Modifying Debtor's Chapter 13 Plan as detailed in the attached exhibit A.

                                                   Approved:

DATE: July 8, 2014                    /s/ Jesse R. Sweeney
                                                  Jesse R. Sweeney (P60941)
                                                  Sweeney Law Offices, P.L.L.C.
                                                  Attorney for Debtor
                                                  30555 Southfield Road, Suite 400
                                                  Southfield, MI 48076
                                                  (586) 909-8017
                                                  sweeneylaw2005@yahoo.com

                                                  _____ P65330
                                                  David Wm Ruskin
                                                  26555 Evergreen Rd Ste 1100
                                                  Southfield, MI 48076-4251

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re: Michael Orta &            Case No. 13-59870
Autumn Anderson            Judge: McIvor
           Chapter 13

_____/

## STIPULATED ORDER GRANTING DEBTOR'S MODIFICATION OF PLAN

Upon the reading and filing of the Debtor(s) and Chapter 13 Trustee's Stipulation for Modification of Debtor's Chapter 13 Plan;

IT IS HEREBY ORDERED:

(1)      Plan payments in the amount of $3936 are hereby excused.

(2)      The Trustee shall refund $3936 to the debtors from first available funds.

(3)      That in all other respects, the Order Confirming Plan referred to above shall remain in full force and effect.