UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re: Michael Orta &          Case No. 13-59870
Autumn Anderson          Judge: McIvor
         Chapter 13

_____/

## STIPULATED ORDER GRANTING DEBTOR'S MODIFICATION OF PLAN

    Upon the reading and filing of the Debtor(s) and Chapter 13 Trustee's Stipulation for Modification of Debtor's Chapter 13 Plan;

    IT IS HEREBY ORDERED:

(1)    Plan payments in the amount of $3936 are hereby excused.

(2)    The Trustee shall refund $3936 to the debtors from first available funds.

(3)    That in all other respects, the Order Confirming Plan referred to above shall remain in full force and effect.

**Signed on July 21, 2014**

        /s/ Marci B. McIvor
        Marci B. McIvor
        United States Bankruptcy Judge