UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: Michael J Orta and Autumn A Anderson    Case No. 13-59870

                                                                                      Hon. McIvor

                                                                                      CHAPTER 13

_____/

ORDER GRANTING MOTION TO SET ASIDE ORDER

Upon the reading and filing of Attorney for Debtors, JESSE R. SWEENEY's Motion to Set Aside Order;

IT IS HEREBY ORDERED:

    a.       That the Order Approving Modification of a Confirmed Plan docket entry 60 be set aside immediately as it is duplicative of the Order docketed at Docket # 58.

Signed on July 30, 2014

                                               /s/ Marci B. McIvor
                                             Marci B. McIvor
                                             United States Bankruptcy Judge